UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOLA WILLIAMS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHN STEWART COMPANY, et al.,<br><br>    Defendants. | Case No. 22-cv-02927-TLT<br><br>**ORDER TO SHOW CAUSE WHY PLAINTIFFS' MOTION TO STRIKE SHOULD NOT BE GRANTED AS UNOPPOSED**<br><br>Re: ECF No. 48 |

On February 23, 2023, Plaintiffs JaCola Williams, Leslie Patterson, and Jerika Barnes-Jenkins ("Plaintiffs") filed a motion to strike the thirteen affirmative defenses asserted in Defendant Riviera Family Apartments, L.P.'s ("Defendant") answer (ECF No. 43) under Federal Rule of Civil Procedure 12(f). *See* ECF No. 48. Defendant's response or opposition to the motion was due by March 9, 2023. *Id.* Defendant did not file a response or opposition by the deadline.

Given Defendant's failure to oppose the motion to strike by the deadline, Defendant is hereby **ORDERED** to show cause why Plaintiff's motion to strike should not be granted as unopposed. Defendant shall file a response to this Order to Show Cause by **June 2, 2023**.

If Defendant seeks to file an untimely opposition brief, it must submit a request to do so showing good cause for its failure to comply with the deadline required by the Local Rules and must submit it proposed opposition brief with the request.

If Defendant fails to file a response to this Order to Show Cause by the deadline, the Court shall grant Plaintiffs' motion to strike as unopposed without further notice to Defendant. If Defendant seeks to file an untimely opposition brief, and if the Court grants that request, it shall set a new deadline for Plaintiffs to file a reply brief.

Accordingly, the June 6, 2023, motion hearing is hereby **VACATED** and will be reset by the Court if necessary.

**IT IS SO ORDERED.**

Dated: May 19, 2023

TRINA L. THOMPSON
United States District Judge