CELIA McGUINNESS, ESQ. (SBN 159420)
cmcguinness@mcguinnesslawgrp.com
DEBORAH GETTLEMAN, ESQ. (SBN 267309)
dgettleman@mcguinnesslawgrp.com
McGUINNESS LAW GROUP, PC
155 Grand Ave., Suite 900
Oakland, CA 94612
Telephone: (510) 439-2950
Facsimile: (510) 439-2951

Attorneys for Plaintiffs
JACOLA WILLIAMS, LESLIE PATTERSON and JERIKA BARNES-JENKINS

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
David A. Melton, SBN 176340
Thomas Riordan, SBN 104827
Cassandra J. Ninke, SBN 327359
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706
dmelton@porterscott.com
triordan@porterscott.com
cninke@porterscott.com

Attorneys for Defendants
JOHN STEWART COMPANY and RIVIERA FAMILY APARTMENTS, L.P.

# UNITED STATES DISTRICT COURT

## NORTHERN DIVISION

| | |
|---|---|
| JACOLA WILLIAMS, LESLIE PATTERSON and JERIKA BARNES-JENKINS,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN STEWART; RESOURCES FOR COMMUNITY DEVELOPMENT,<br><br>Defendants. | CASE NO: 3:22-cv-02927-TLT<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

    IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel of record, that the above-captioned action be and hereby is dismissed, pursuant to Federal Rule of Civil Procedure 41(a)(1), with prejudice, with each party to bear their own

attorneys' fees and costs.

Dated: April 4, 2024						McGUINNESS LAW GROUP, PC


							By	/s/ Deborah Gettleman
								Deborah Gettleman
								Attorneys for Plaintiffs
								JACOLA WILLIAMS, LESLIE
								PATTERSON and JERIKA BARNES-
								JENKINS

Dated: March 21, 2024					PORTER SCOTT
							A PROFESSIONAL CORPORATION


							By	/s/ Cassandra J. Ninke
								Cassandra J. Ninke
								Attorneys for Defendants
								JOHN STEWART COMPANY and RIVIERA
								FAMILY APARTMENTS, L.P.

### ORDER

IT IS HEREBY ORDERED that the above-captioned action is hereby dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1), with prejudice, with each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: April 12, 2024						_____
								Trina L. Thompson
								United States District Judge